IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD. AND H. LUNDBECK A/S,<br><br>         Plaintiffs,<br><br>   v.<br><br>ZENARA PHARMA PRIVATE LTD. AND BIOPHORE INDIA PHARMACEUTICALS PRIVATE LTD.,<br><br>         Defendants. | Civil Action No. _____ |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

| | |
|---|---|
| Date Patentee Received Notice: | September 6, 2019 |
| Date of Expiration of '362 Patent: | April 12, 2026; pending Patent Term Extension request, if granted, should extend expiration to December 23, 2028. |
| Date of Expiration of '840 Patent: | April 12, 2026 |
| Date of Expiration of '109 Patent: | April 12, 2026 |
| Date of Expiration of '637 Patent: | April 12, 2026 |
| Date of Expiration of '419 Patent: | October 12, 2032 |
| Thirty Month Stay Deadline: | January 10, 2023 |

*Of Counsel:*

James B. Monroe
Denise Main
Erin M. Sommers
Tyler B. Latcham
C. Collette Corser
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4431
(202) 408-4000

Dated: October 11, 2019

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
amayo@ashbygeddes.com

*Attorneys for Plaintiffs Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S*