AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____for the District of Delaware____ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED 10/11/2019 | U.S. DISTRICT COURT for the District of Delaware |
|---|---|---|
| **PLAINTIFF**<br>OTSUKA PHARMACEUTICAL CO., LTD. and H. LUNDBECK A/S | | **DEFENDANT**<br>ZENARA PHARMA PRIVATE LTD. and BIOPHORE INDIA PHARMACEUTICALS PRIVATE LTD. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,888,362 | 02/15/2011 | Otsuka Pharmaceutical Co., Ltd. |
| 2 | 8,349,840 | 01/08/2013 | Otsuka Pharmaceutical Co., Ltd. |
| 3 | 8,618,109 | 12/31/2013 | Otsuka Pharmaceutical Co., Ltd. |
| 4 | 9,839,637 | 12/12/2017 | Otsuka Pharmaceutical Co., Ltd. |
| 5 | 10,307,419 | 06/04/2019 | Otsuka Pharmaceutical Co., Ltd. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy