IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD. AND H. LUNDBECK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>ZENARA PHARMA PRIVATE LTD., ET AL.<br><br>Defendants. | C.A. No. 19-1938-LPS (consolidated) |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 12(b) of the Scheduling Order in this consolidated action (D.I. 34), Plaintiffs Otsuka Pharmaceutical Co. Ltd. and H. Lundbeck A/S (collectively, "Plaintiffs") and Defendants Accord Healthcare Inc. ("Accord"); Ajanta Pharma Ltd. ("Ajanta"); Alembic Pharmaceuticals Ltd. and Alembic Pharmaceuticals, Inc. (collectively, "Alembic"); Alkem Laboratories Ltd. ("Alkem"); Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals Company GmbH, and Raks Pharma Pvt. Ltd. (collectively, "Amneal"); Apotex Inc., Apotex Corp., Apotex Pharmachem Inc., and Signa S.A. de C.V. (collectively, "Apotex"); Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc. (collectively, "Aurobindo"); Hetero Labs Ltd., Hetero Labs Ltd. Unit-V, Hetero USA Inc., Hetero Drugs Ltd., and Honour Lab Ltd. (collectively, "Hetero"); Lupin Limited and Lupin Pharmaceuticals, Inc. (collectively, "Lupin"); Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc. (collectively, "Macleods"); MSN Laboratories Pvt. Ltd., MSN Pharmaceuticals Inc., and MSN Life Sciences Pvt. Ltd. (collectively, "MSN")[1]; Optimus Pharma Pvt. Ltd. ("Optimus"); Prinston Pharmaceutical Inc. ("Prinston"); Sandoz Inc. ("Sandoz"); Teva

---

[1] MSN Life Sciences Pvt. Ltd. disputes that it is a proper party to this litigation and has raised the issue with Plaintiffs.

Pharmaceuticals USA, Inc. ("Teva"); Unichem Laboratories Ltd. ("Unichem"); Zenara Pharma Private Ltd. and Biophore India Pharmaceuticals Private Ltd. (collectively, "Biophore"); and Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited (collectively, "Zydus") (collectively, "Defendants") hereby submit a joint chart for U.S. Patent No. 10,307,419 ("the '419 patent").

Plaintiffs do not believe any special constructions are necessary for the terms of the '419 patent beyond their plain and ordinary meaning.

Defendants proposed a construction for "hydroxypropylcellulose" as meaning "a derivative of cellulose including hydroxypropoxyl groups by about 50 to 85%." Plaintiffs have no objection to Defendants' proposal as it is Plaintiffs' position that it is consistent with the plain and ordinary meaning of that term.

One additional phrase has been identified in Table 1 below, with the parties' respective positions and citations to the intrinsic evidence in support. In addition to the intrinsic evidence specifically identified in Table 1 below, the parties each reserve the right to rely on additional intrinsic evidence to the extent it is necessary to provide additional context or to rebut arguments made by the other parties during the claim construction briefing. Each party further reserves the right to rely on any intrinsic evidence identified by the other parties. The parties also reserve their rights to rely on extrinsic evidence. A copy of the '419 patent and those portions of the intrinsic record relied upon in Table 1 below are attached, as follows:

| Joint Exhibits | |
|---|---|
| J.E. 1 | U.S. Patent No. 10,307,419 (BREX0000000210-224) |
| J.E. 2 | Sep. 22, 2017, Application (BREX00004902-38) |
| J.E. 3 | Nov. 3, 2017, Office Action (BREX00004974-4985) |
| J.E. 4 | Apr. 3, 2018, Amendment and Response (BREX00005012-5025) |
| J.E. 5 | July 16, 2018, Office Action (BREX00005093-5108) |
| J.E. 6 | Jan. 16, 2019, Amendment and Response (BREX00005114-5127) |
| J.E. 7 | Notice of Allowance and Notice of Allowability (BREX00005265-5274) |

| Joint Exhibits | |
|---|---|
| J.E. 8 | Apr. 12, 2019, Amendment After Final (BREX00005292-5297) |
| J.E. 9 | Apr. 22, 2019, Response to Amendment under Rule 312 (BREX00005305-07) |

**Table 1**

| Claim Phrase | Claims at Issue | Plaintiffs' Position | Defendants' Position[2] |
|---|---|---|---|
| "coating substantially does not contain polyethylene glycol" | '419 patent, claims 1-7 | The phrase "coating substantially does not contain polyethylene glycol" has its plain and ordinary meaning under *Phillips*, which means "polyethylene glycol is substantially not contained in the coating." Not indefinite.<br><br>*See, e.g.,* '419 patent at col. 1:44-47; 1:60-62; 3:9-11; 6:28-43; 6:46-59; 12:4-13:25; 13:50-14:51; 15:23-27; and cols. 15-16 (claims); Nov. 3, 2017, Office Action; Apr. 3, 2018, Amendment and Response; July 16, 2018, Office Action; Jan. 16, 2019, Amendment and Response; Notice of Allowance; Notice of Allowability; Apr. 12, 2019, Amendment After Final | Indefinite.<br><br>*See, e.g.,* '419 patent at Abstract ll. 1-5, 1:41-48, 3:6-11, 6:32-51, 12:3-35, 13:25-14:57, cols. 13-16 (Table 9), 15:21-27, cols. 15-16 (claims); Sep. 22, 2017, Application; Apr. 3, 2018, Amendment and Response; July 16, 2018, Office Action; Jan. 15, 2019, Amendment and Response; Feb. 25, 2019 Notice of Allowance; Apr. 12, 2019, Amendment After Notice of Allowability; Apr. 22, 2019, Response to Amendment under Rule 312 |

---

[2] Teva takes no position on claim construction and will accept the construction as construed by the Court.

3

The construction of all claim terms/phrases, unless specifically referenced in Table 1, are not in dispute.

ASHBY & GEDDES

/s/ *Andrew C. Mayo*

Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

OF COUNSEL:
James B. Monroe
Denise Main
Erin M. Sommers
C. Collette Corser
Tyler B. Latcham
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4431
(202) 408-4000

*Attorneys for Plaintiffs*
*Otsuka Pharmaceutical Co., Ltd. and*
*H. Lundbeck A/S*

4

<table>
<tr><td>

MORRIS JAMES LLP

By: *Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888.6855
kdorsney@morrisjames.com

OF COUNSEL:
Timothy H. Kratz
George J. Barry III
Kratz & Barry LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
Tkratz@kratzandbarry.com
Gbarry@kratzandbarry.com

*Attorneys for Defendants*
*Aurobindo Pharma LTD. and*
*Aurobindo Pharma USA, Inc.*

</td><td>

MORRIS JAMES LLP

By: *Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

OF COUNSEL:
Dmitry V. Shelhoff
Kenneth S. Canfield
Edward D. Pergament
Pergament & Cepeda LLP
89 Headquarters Plaza
North Tower, 14th Floor
Morristown, NJ 07960
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergamentcepeda.com
epergament@pergamentcepeda.com

*Attorneys for Defendants Zenara Pharma*
*Private Ltd. and Biophore India*
*Pharmaceuticals Private Ltd.*

</td></tr>
</table>

5

| ABRAMS & BAYLISS LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
|---|---|
| By: *April M. Kirby* | By: *John C. Phillips, Jr.* |
| John M. Seaman (#3868) | John C. Phillips, Jr. (#110) |
| April M. Kirby (#6152) | David A. Bilson (#4986) |
| 20 Montchanin Road, Suite 200 | 1200 North Broom Street |
| Wilmington, Delaware 19807 | Wilmington, DE 19806-4204 |
| (302) 778-1000 phone | Telephone: (302) 655-4200 |
| (302) 778-1001 facsimile | Facsimile: (302) 655-4210 |
| seaman@abramsbayliss.com | jcp@pmhdelaw.com |
| akirby@abramsbayliss.com | dab@pmhdelaw.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| A. Neal Seth | William R. Zimmerman |
| Alexander B. Owczarczak | Andrea L. Cheek |
| WILEY | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 1776 K Street, NW | 1717 Pennsylvania Ave. N.W., Ste. 900 |
| Washington, DC 20036 | Washington D.C. 20006 |
| (202) 719-7000 phone | Tel: (202) 640-6400 |
| (202) 719-7049 facsimile | Fax: (202) 640-6401 |
| nseth@wiley.law | Bill.Zimmerman@knobbe.com |
| aowczarczak@wiley.law | Andrea.Cheek@knobbe.com |
| | |
| *Attorneys for Defendants Accord Healthcare Inc., MSN Laboratories Pvt. Ltd., MSN Pharmaceuticals Inc. and MSN Life Sciences Pvt. Ltd.* | Carol Pitzel Cruz |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| | 925 Fourth Avenue, Suite 2500 |
| | Seattle, WA 98104 |
| | Tel: (206) 405-2000 |
| | Fax: (206) 405-2001 |
| | Carol.Pitzel.Cruz@knobbe.com |
| | |
| | *Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* |

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | PROCTOR HEYMAN ENERIO LLP |
| By: *Robert M. Vrana* | By: *Dominick T. Gattuso* |
| Anne Shea Gaza (#4093)<br>Robert M. Vrana (#5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com | Dominick T. Gattuso (#3630)<br>300 Delaware Avenue<br>Suite 200<br>Wilmington, DE 19801<br>(302) 472-7311<br>dgattuso@proctorheyman.com |
| OF COUNSEL:<br>Kent M. Walker<br>Mary E. LaFleur<br>Brinks Gilson & Lione<br>455 North Cityfront Plaza Drive, Suite 3600<br>Chicago, Illinois 60611-5599<br>(312) 321-4200<br>kwalker@brinksgilson.com<br>mlafleur@brinksgilson.com | OF COUNSEL:<br>William A. Rakoczy<br>Amy D. Brody<br>Lauren M. Lesko<br>Rakoczy Molino Mazzochi Siwik LLP<br>6 West Hubbard Street, Suite 500<br>Chicago, Illinois 60654<br>(312) 527-2157<br>wrakoczy@rmmslegal.com<br>abrody@rmmslegal.com<br>llesko@rmmslegal.com |
| *Attorneys for Defendants Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals Company GmbH and Raks Pharma Pvt. Ltd.* | *Attorneys for Defendant Alkem Laboratories Ltd.* |

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| By: *Robert M. Vrana* <br> Anne Shea Gaza (#4093) <br> Robert M. Vrana (#5666) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, Delaware 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> rvrana@ycst.com | By: *Pilar G. Kraman* <br> Pilar G. Kraman (#5199) <br> Beth A. Swadley (#6331) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> pkraman@ycst.com <br> bswadley@ycst.com |
| OF COUNSEL: <br> Mark H. Remus <br> Laura A. Lydigsen <br> Alexis S. White <br> Brinks Gilson & Lione <br> 455 North Cityfront Plaza Drive, Suite 3600 <br> Chicago, Illinois 60611-5599 <br> (312) 321-4200 <br> mremus@brinksgilson.com <br> llydigsen@brinksgilson.com <br> awhite@brinksgilson.com | OF COUNSEL: <br> Michael J. Gaertner <br> Myoka Kim Goodin <br> Wasim K. Bleibel <br> Locke Lord LLP <br> 111 South Wacker Drive <br> Chicago, IL 60606 <br> (312) 443-0700 <br> mgaertner@lockelord.com <br> mkgoodin@lockelord.com <br> wbleibel@lockelord.com |
| *Attorneys for Defendant Sandoz Inc.* | Zhibin Li <br> Locke Lord LLP <br> Brookfield Place <br> 200 Vesey Street <br> New York, New York 10281 <br> (212) 415-8600 <br> Zhibin.Li@lockelord.com <br><br> *Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited* |

8

| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| By: *Bindu A. Palapura* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Stephanie E. O'Byrne (#4446) <br> Tracey E. Timlin (#6469) <br> Potter Anderson & Corroon LLP <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> (302) 984-6092 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> sobyrne@potteranderson.com <br> ttimlin@potteranderson.com <br><br> OF COUNSEL: <br> Dennies Varughese, Pharm.D. (pro hac vice) <br> Robert W. Stout (pro hac vice) <br> Sterne, Kessler, Goldstein & Fox P.L.L.C. <br> 1100 New York Avenue N.W. <br> Washington, DC 20005 <br> (202) 371-2600 <br> (202) 371-2540 (fax) <br> davarughese@sternekessler.com <br> rstout@sternekessler.com <br><br> *Attorneys for Defendants Alembic Pharmaceuticals Ltd. and Alembic Pharmaceuticals, Inc.* | By: *Renée Mosley Delcollo* <br> Kelly E. Farnan (#4395) <br> Renée Mosley Delcollo (#6442) <br> One Rodney Square <br> 920 N. King St <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> farnan@rlf.com <br> delcollo@rlf.com <br><br> OF COUNSEL: <br> B. Jefferson Boggs <br> MERCHANT & GOULD PC <br> 1900 Duke Street, Suite 600 <br> Alexandria, Virginia 22314 <br> (703) 684-2500 <br> jbogg@merchantgould.com <br><br> Christopher J. Sorenson <br> Karen L. Beckman <br> MERCHANT & GOULD PC <br> 150 South Fifth Street, Suite 2200 <br> Minneapolis, Minnesota 55402 <br> (612) 332-5300 <br> csorenson@merchantgould.com <br> rhughey@merchantgould.com <br> kbeckman@merchantgould.com <br><br> Andrew O. Larsen <br> MERCHANT & GOULD PC <br> 767 Third Avenue, Suite 23C <br> New York, NY 10017 <br> (212) 223-6520 <br> alarsen@merchantgould.com <br><br> *Attorneys for Unichem Laboratories Limited* |

| MORRIS JAMES LLP | SHAW KELLER LLP |
|---|---|
| By: *Kenneth L. Dorsney* <br> Kenneth L. Dorsney (#3726) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801 <br> (302) 888-6800 <br> kdorsney@morrisjames.com <br><br> OF COUNSEL: <br> Dmitry V. Shelhoff <br> Kenneth S. Canfield <br> Edward D. Pergament <br> PERGAMENT & CEPEDA LLP <br> 89 Headquarters Plaza <br> North Tower, 14th Floor, Suite 1465 <br> Morristown, NJ 07960 <br> (973) 998-7722 <br> dshellhoff@pergamentcepeda.com <br> kcanfield@ pergamentcepeda.com <br> epergament@pergamentcepeda.com <br><br> *Attorneys for Defendants Hetero USA, Inc., Hetero Drugs, Ltd., Hetero Labs, Ltd., Unit-V, Hetero Labs, Ltd., and Honour Lab Ltd.* | By: *Karen E. Keller* <br> John W. Shaw (#3362) <br> Karen E. Keller (#4489) <br> Nathan R. Hoeschen (No. 6232) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com <br><br> OF COUNSEL: <br> Elizabeth J. Holland <br> Naomi L. Birbach <br> James P. Breen <br> GOODWIN PROCTER LLP <br> The New York Times Building <br> 620 Eighth Avenue <br> New York, NY 10018 <br> (212) 459-7230 <br> EHolland@goodwinlaw.com <br> NBirbach@goodwinlaw.com <br> JamesBreen@goodwinlaw.com <br><br> Srikanth K. Reddy <br> Emily L. Rapalino <br> GOODWIN PROCTER LLP <br> 100 Northern Avenue <br> Boston, MA 02210 <br> (617) 570-1000 <br> SReddy@goodwinlaw.com <br> ERapalino@goodwinlaw.com <br><br> *Attorneys for Teva Pharmaceuticals USA, Inc.* |

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | MORRIS JAMES LLP |
| By: *Stamatios Stamoulis* | By: *Kenneth L. Dorsney* |
| Stamatios Stamoulis (#4606) | Kenneth L. Dorsney (#3726) |
| 800 N. West Street – 3rd Floor | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 999-1540 | Telephone: (302) 888-6855 |
| stamoulis@swdelaw.com | kdorsney@morrisjames.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Ronald M. Daignault (pro hac vice) | Devan V. Padmanabhan |
| Richard Juang (pro hac vice) | Sri K. Sankaran |
| Daignault Iyer LLP | PADMANABHAN & DAWSON, P.L.L.C. |
| Mailing Address: 8200 Greensboro Drive | 45 South 7th Street |
| Suite 900, | Suite 2315 |
| Mclean, VA 22102 (314) 446-3367 | Minneapolis, Minnesota 55402 |
| Phone: (512) 865-7950 | Telephone: (612) 444-3377 |
| rdaignault@daignaultiyer.com | Facsimile: (612) 444-3195 |
| rjuang@daignaultiyer.com | devan@paddalawgroup.com |
| | sri@paddalawgroup.com |
| *Attorneys for Ajanta Pharma Ltd. and Optimus Pharma Pvt. Ltd.* | *Attorneys for Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.* |

| | |
|---|---|
| COZEN O'CONNOR | STAMOULIS & WEINBLATT LLC |
| By: *Thomas J. Francella, Jr.* <br> Thomas J. Francella, Jr. (#3835) <br> 1201 N. Market Street, Suite 1001 <br> Wilmington, DE 19801 <br> Tel: (302) 295-2023 <br> tfrancella@cozen.com | By: *Stamatios Stamoulis* <br> Stamatios Stamoulis (#4606) <br> 800 N. West Street, Third Floor <br> Wilmington, DE 19801 <br> (302) 999-1540 – Ext.1 <br> stamoulis@swdelaw.com |
| OF COUNSEL: <br> W. Blake Coblentz (pro hac vice) <br> Barry P. Golob (pro hac vice) <br> Aaron S. Lukas (pro hac vice) <br> Kerry B. McTigue (pro hac vice) <br> COZEN O'CONNOR <br> 1200 Nineteenth Street, N.W. <br> Washington, DC 20036 <br> (202) 912-4800 <br> wcoblentz@cozen.com <br> bgolob@cozen.com <br> alukas@cozen.com <br> kmctigue@cozen.com | OF COUNSEL: <br> Shashank Upadhye (pro hac vice) <br> Yixin Tang (pro hac vice) <br> Brent Batzer (pro hac vice) <br> UPADHYE TANG LLP <br> 135 S. LaSalle St., Suite 1930 <br> Chicago, IL 60606 <br> Tel: 312.598.2610 <br> shashank@ipfdalaw.com <br><br> *Attorneys for Prinston Pharmaceutical Inc.* |
| *Counsel for Apotex Inc., Apotex Corp., Apotex Pharmachem Inc., and Signa S.A. de C.V.* | |

Dated: February 18, 2021