# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 13, 2021

The Honorable Leonard P. Stark  　　　　　　　　　　VIA ELECTRONIC FILING
United States District Court
844 N. King Street
Wilmington, DE 19801

　　Re: 　*Otsuka Pharmaceutical Co., Ltd., et al. v. Zenara Pharma Private Ltd., et al.*
　　　　　C.A. No. 19-1938-LPS (consolidated)

Dear Chief Judge Stark:

　　I write on behalf of all parties in the above-captioned consolidated action regarding a housekeeping issue related to claim construction.

　　Instead of calling for simultaneous opening claim construction briefs followed by simultaneous answering claim construction briefs, in this case the scheduling order calls for service of four rounds of sequential briefing followed by the filing of a single combined joint claim construction brief (D.I. 34, ¶ 13). However, the scheduling order also requires the filing of a joint letter *on the answering brief date* as to whether the parties request leave to present testimony at the claim construction hearing and the amount of time they seek for the hearing (*id.*, ¶ 14), even though in this case claim construction briefing is ongoing and will not end with today's answering brief by Defendants.

　　The parties believe they can more efficiently confer regarding the hearing-related information requested by the Court after claim construction briefing has concluded. All parties therefore respectfully propose that the joint letter concerning live testimony and hearing duration be deferred until May 27, 2021, which is the date on which the joint claim construction brief is scheduled to be filed. We would appreciate the Court notifying counsel as to whether this proposal is acceptable.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Steven J. Balick*

　　　　　　　　　　　　　　　　　　　　　　　Steven J. Balick (#2114)

SJB/nlm

cc: 　All Counsel of Record (via electronic mail)

{01679157;v1 }