

Kelly E. Farnan
(302) 651-7705
farnan@rlf.com

April 14, 2021

**BY CM/ECF**
The Honorable Leonard P. Stark
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801-3555

Re:   *Otsuka Pharmaceutical Co., Ltd., et al. v. Zenara Pharma Private Ltd, et al.*,
        C.A. No. 19-1938-LPS

Dear Chief Judge Stark:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference pursuant to Paragraph 9.k of the Scheduling Order to address disputes relating to Plaintiffs' objections to Defendant Unichem Laboratories Ltd. First Set of Requests for Admissions Nos. 1-8.

Counsel for the parties held a verbal meet-and-confer by telephone on April 8, 2021 and April 12, 2021. The following attorneys participated in the April 12, 2021 meet-and-confer:

For Defendant Unichem Laboratories Ltd.:

<u>Delaware Counsel</u>: Kelly E. Farnan of Richards, Layton, & Finger
<u>Lead Counsel</u>: Christopher J. Sorenson and Karen L Beckman of Merchant & Gould


For Plaintiffs:

<u>Delaware Counsel</u>: Steve Balick of Ashby & Geddes
<u>Lead Counsel</u>: Denise Main and Erin Sommers of Finnegan, Henderson, Farabow, Garrett, & Dunner

The dispute requiring judicial attention is listed below:

- Whether Plaintiffs' responses to Requests for Admissions 1-8 are deficient.

The Honorable Leonard P. Stark
April 14, 2021
Page 2

                Respectfully,

                /s/ *Kelly E. Farnan*

                Kelly E. Farnan (#4395)

cc: All Counsel of Record (via CM/ECF)