

Kelly E. Farnan
(302) 651-7705
farnan@rlf.com

April 26, 2021

**BY CM/ECF**
The Honorable Leonard P. Stark
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801-3555

Re:   *Otsuka Pharmaceutical Co., Ltd., et al. v. Zenara Pharma Private Ltd, et al.*,
         C.A. No. 19-1938-LPS

Dear Chief Judge Stark:

      I write on behalf of Defendant Unichem Laboratories Ltd. ("Unichem") in the above-captioned action.  Unichem has advised Plaintiffs that it is withdrawing its request for a discovery dispute teleconference (D.I. 80) without prejudice to renew later in the case.  Accordingly, the discovery teleconference scheduled for May 4, 2021 (D.I. 81) can be removed from the Court's calendar.

      Should Your Honor have any questions or concerns, counsel remains available at the Court's convenience.

      Respectfully,

      /s/ *Kelly E. Farnan*

      Kelly E. Farnan (#4395)

cc:   All Counsel of Record (via CM/ECF)

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com