# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 3, 2021

The Honorable Leonard P. Stark  
United States District Court  
844 N. King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *Otsuka Pharmaceutical Co., Ltd., et al. v. Zenara Pharma Private Ltd., et al.*  
C.A. No. 19-1938-LPS (consolidated)

Dear Chief Judge Stark:

Pursuant to Paragraph 14 of the Court's Scheduling Order (D.I. 34) and corresponding extension of time (D.I. 78, 79) in the above-captioned consolidated action, the parties jointly respond to the following issues in connection with claim construction proceedings: "(i) whether [the parties] request leave to present testimony at the hearing; and (ii) the amount of time [the parties] are requesting be allocated to them for the hearing."

As for the first issue, the parties do not request leave to present testimony at the hearing. As for the second issue, the parties request 90 minutes in total for the hearing, with 45 minutes allocated to each side.

Respectfully,

*/s/ Steven J. Balick*

Steven J. Balick (#2114)

SJB/nml

cc: All Counsel of Record (via electronic mail)

{01693670;v1 }