

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Pilar G. Kraman**
P 302.576.3586
F 302.576.3742
pkraman@ycst.com

June 21, 2021

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:   *Otsuka Pharmaceutical Co., Ltd., et al. v. Zenara Pharma Private Ltd., et al.*,
             C.A. No. 19-1938-LPS (consolidated)

Dear Chief Judge Stark:

      I write on behalf of all parties to request the Court's guidance as to its preference for an in-person or virtual *Markman* hearing scheduled for June 28, 2021 at 9:00 a.m.

      If convenient for the Court, the parties are amenable to a virtual hearing and can provide the Court the login credentials for the videoconference via a joint email on Thursday, June 24, 2021. The email will also include an audio-only dial-in that may be docketed.

      Regardless of the Court's preference for an in-person or virtual hearing, the parties further propose that they will separately submit to the Court via email any slides they intend to use at the hearing by no later than 4:00 p.m. on Friday, June 25, 2021. The parties will separately exchange slides with each other on June 28, 2021 at 8 AM.

      Counsel are available should the Court have any questions.

                                          Respectfully submitted,

                                          */s/ Pilar G. Kraman*

                                          Pilar G. Kraman (No. 5199)

cc:   Clerk of the Court (via CM/ECF)
       All Counsel of Record (via electronic mail)

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P 302.571.6600   F 302.571.1253   YoungConaway.com