IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| OTSUKA PHARMACEUTICAL CO., LTD. and H. LUNDBECK A/S, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 19-1938-LPS (consolidated) |
| ZENARA PHARMA PRIVATE LTD., et al., | ) ) ) | |
| Defendants. | ) | |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the scheduling order in this action, as previously amended, is further amended as follows, but otherwise is unaffected hereby:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Reply expert reports | April 1, 2022 | April 15, 2022 |
| Plaintiffs' sur-reply expert reports | April 15, 2022 | May 2, 2022 |
| Close of expert discovery | June 3, 2022 | Unchanged |
| Opening Daubert papers | June 10, 2022 | Unchanged |
| Opposition Daubert papers | June 17, 2022 | Unchanged |
| Reply Daubert papers | June 24, 2022 | Unchanged |
| Pre-trial order | July 1, 2022 | Unchanged |

1

| ASHBY & GEDDES | MORRIS JAMES LLP |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Kenneth L. Dorsney* |
| Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Plaintiffs Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S* | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Zenara Pharma Private Ltd. and Biophore India Pharmaceuticals Private Ltd.* |
| STAMOULIS & WEINBLATT LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Richard C. Weinblatt* | */s/ Robert M. Vrana* |
| Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br><br>*Attorneys for Defendant Ajanta Pharma Ltd.* | Anne Shea Gaza (#4093)<br>Robert M. Vrana (#5666)<br>Samantha G. Wilson (#5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendants Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals Company GmbH and Raks Pharma Pvt. Ltd.* |

MORRIS JAMES LLP

/s/ Kenneth L. Dorsney
_____
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Hetero USA, Inc., Hetero Drugs, Ltd., Hetero Labs, Ltd. Unit-V, Hetero Labs, Ltd. and Honour Lab. Ltd.*

STAMOULIS & WEINBLATT LLC

/s/ Richard C. Weinblatt
_____
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Defendant Prinston Pharmaceutical Inc.*

HEYMAN ENERIO GATTUSO
& HIRZEL LLP

/s/ Dominick T. Gattuso
_____
Dominick T. Gattuso (# 3630)
300 Delaware Avenue, Suite 200
Wilmington, Delaware 19801
(302) 472-7311
dgattuso@hegh.law

*Attorneys for Defendant Alkem Laboratories Ltd.*

3

| KRATZ & BARRY LLP | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
|---|---|
| */s/ R. Touhey Myer* | */s/ David A. Bilson* |
| R. Touhey Myer (#5939)<br>800 N. West Street<br>Wilmington, DE 19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>dab@pmhdelaw.com |
| *Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.* | *Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.* |
| COZEN O'CONNOR | POTTER ANDERSON &CORROON LLP |
| */s/ Thomas J. Francella* | */s/ Bindu A. Palapura* |
| Thomas J. Francella, Jr. (#3835)<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>Tel: (302) 295-2023<br>tfrancella@cozen.com | David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |
| *Attorneys for Defendants Apotex Inc., Apotex Corp., Apotex Pharmachem Inc., and Signa S.A. de C.V.* | *Attorneys for Defendants Alembic Pharmaceuticals Ltd., and Alembic Pharmaceuticals, Inc.* |

| STAMOULIS &WEINBLATT LLC | ABRAMS & BAYLISS LLP |
|---|---|
| /s/ Richard C. Weinblatt | /s/ John M. Seaman |
| Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com | John M. Seaman (#3868)<br>April M. Kirby (#6152)<br>20 Montchanin Road, Suite 200<br>Wilmington, Delaware 19807<br>(302) 778-1000<br>seaman@abramsbayliss.com<br>kirby@abramsbaylissdirb.com |
| *Attorneys for Defendant Optimus Pharma Pvt. Ltd.* | *Attorneys for Defendants MSN Laboratories Pvt. Ltd., and MSN Pharmaceuticals Inc.* |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS JAMES LLP |
| /s/ Pilar G. Kraman | /s/ Kenneth L. Dorsney |
| Pilar G. Kraman (#5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>pkraman@ycst.com | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |
| *Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited* | *Attorneys for Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.* |

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*
_____
Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Samantha G. Wilson (#5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for Defendant Sandoz Inc.*


SO ORDERED this _____ day of _____, 2022.


_____
United States District Judge

29213859.1