# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 19, 2022

The Honorable Leonard P. Stark  
United States Court of Appeals for the Federal Circuit  
717 Madison Place, NW  
Washington, D.C. 20439

<u>VIA ELECTRONIC FILING</u>

Re: *Otsuka Pharmaceutical Co., Ltd., et al. v. Zenara Pharma Private Ltd., et al.*  
<u>C.A. No. 19-1938-LPS (consolidated)</u>

Dear Judge Stark:

Pursuant to the September 30, 2022 Oral Order (D.I. 581), the parties in the above action hereby jointly provide this joint status report.

The parties have conferred about narrowing issues for trial. The parties have agreed to stipulate to the undisputed issues listed below such that they need not be proven at trial.

1. Plaintiffs' brexpiprazole tablet products, marketed in the United States as REXULTI®, are embodiments of the asserted claims of the RE'059, '840, '109, '637 and '419 patents. *See* Proposed Final Pretrial Order Volume I, D.I. 572, Ex. 2 at ¶¶ 35-45.

2. Apotex does not dispute that its 0.25, 0.5, 1, 2 and 3 mg generic brexpiprazole tablet products satisfy all elements of claims 1, 2, 4 and 6 of the '419 patent except for the binder (b) element. *See* Proposed Final Pretrial Order Volume I, D.I. 572, Ex. 2(A) at ¶¶ 15-16, 22-28, 30, 32-36, 37-38, 40-41. Plaintiffs' position is based on the full description in Exhibit 2(A) of the Proposed Final Pretrial Order. *See* Proposed Final Pretrial Order Volume 1, D.I. 572 at Ex. 2(A). Apotex's agreement to the statement in paragraph 2 is contingent on the following:

   a. The amounts of lactose monohydrate, corn starch, and microcrystalline cellulose in Apotex's products are within the claimed "10 to 98.5% by weight of the excipient (a), which is at least one member selected from the group consisting of lactose, corn starch, and microcrystalline cellulose";

   b. The amount of croscarmellose sodium in Apotex's products is within the claimed "1 to 25% by weight of disintegrant (c), which is at least one member selected from the group consisting of low-substituted

   hydroxypropyl cellulose, croscarmellose sodium, and sodium carboxymethyl starch"; and

  c. The amount of magnesium stearate in Apotex's products is within the claimed "0.1% to 10% by weight of the lubricant (d), which is magnesium stearate."

3. Zenara does not dispute that the 0.25, 0.5, 1, 2 and 3 mg strengths of Zenara's generic brexpiprazole tablet products satisfy all elements of claims 1, 2, 3 and 6 of the '419 patent except for the binder (b), lubricant (d) and "the substantially does not contain polyethylene glycol" elements. *See* Proposed Final Pretrial Order Volume I, D.I. 572, Ex. 2(D) at ¶¶ 14-15, 20, 25-28, 35, 37, 40-41, 42-43, 44. Plaintiffs' position is based on the full description in Exhibit 2(D) of the Proposed Final Pretrial Order. *See* Proposed Final Pretrial Order Volume I, D.I. 572 at Ex. 2(D). Zenara's agreement to the statement in paragraph 3 is contingent on the following undisputed facts:

  a. The amounts of lactose monohydrate, partially pregelatinized starch, and microcrystalline cellulose in Zenara's products are within the claimed "10 to 98.5% by weight of the excipient (a), which is at least one member selected from the group consisting of lactose, corn starch, and microcrystalline cellulose"; and

  b. The amount of croscarmellose sodium (both intragranular and extra granular) in Zenara's products is within the claimed "1 to 25% by weight of disintegrant (c), which is at least one member selected from the group consisting of low-substituted hydroxypropyl cellulose, croscarmellose sodium, and sodium carboxymethyl starch."

4. Plaintiffs do not dispute the date of the publication and authenticity of the following DTX exhibits[1]:

| Abbreviation | Patent/Pub. No. | Issue/Pub. Date | (First) Inventor | Bates |
|---|---|---|---|---|
| '246 patent (DTX-6) | 5,436,246 | 7/25/1995 | Bernotas | JGD_Brex 003471-505 |
| '254 patent (DTX-7) | 4,847,254 | 7/11/1989 | Boegesoe | JGD_Brex 005047-60 |
| '306 publication (DTX-8) | 2003/0050306 | 3/13/2003 | Ruhland | JGD_Brex 005223-46 |
| '416 patent | 4,734,416 | 3/29/1988 | Banno | JGD_Brex |

---

[1] Plaintiffs do not agree that these DTX exhibits are relevant prior art for an obviousness determination. Aside from Plaintiffs' position that the subject matter of these documents does not make them relevant prior art, Plaintiffs do not intend to otherwise challenge the admissibility of these documents.

{01848088;v1 }

| Abbreviation | Patent/Pub. No. | Issue/Pub. Date | (First) Inventor | Bates |
|---|---|---|---|---|
| (DTX-11) | | | | 003407-50 |
| '528 patent (DTX-12) | 5,006,528 | 4/9/1991 | Oshiro | JGD_Brex 003451-70 |
| WO '215 (DTX-16) | WO 2005/019215 | 3/3/2005 | Clark | JGD_Brex 003595-953 |
| WO '682 (DTX-14) | WO 2004/105682 | 12/9/2004 | Kikuchi | JGD_Brex 003954-4034 |
| WO '864 (DTX-15) | WO 2004/026864 | 4/1/2004 | Andreana | JGD_Brex 004154-311 |

5. Plaintiffs do not dispute the date of publication and authenticity of the following DTX exhibits[2]:

| Abbr. | (First) Author | Title | Pub. Date | Source | Bates |
|---|---|---|---|---|---|
| Abilify PI (DTX-19) | | Abilify Tablets Prescribing Information | 2004 | FDA | JDG_Brex 000435-71 |
| Bandelow 2003 (DTX-20) | Bandelow | Aripiprazole, a "Dopamine-Serotonin System Stabilizer" in the Treatment of Psychosis | 2003 | Ger J. Psychiatry, 6:9-16 (2003) | JDG_Brex 000791-98 |
| Burris 2002 (DTX-21) | Burris | Aripiprazole, A Novel Antipsychotic, Is a High-Affinity Partial Agonist at Human Dopamine D2 Receptors | 2002 | J. Pharmacol. Exp. Ther., 302:381-89 (2002) | JDG_Brex 001070-78 |

---

[2] Plaintiffs do not agree that these DTX exhibits are relevant prior art for an obviousness determination. Aside from Plaintiffs' position that the subject matter of these documents does not make them relevant prior art, Plaintiffs do not intend to otherwise challenge the admissibility of these documents.

| Abbr. | (First) Author | Title | Pub. Date | Source | Bates |
|---|---|---|---|---|---|
| Davies 2004 (DTX-22) | Davies | Aripiprazole: A Novel Atypical Antipsychotic Drug with a Uniquely Robust Pharmacology | 2004 | CNS Drug Reviews, 10:317-36 (2004) | JDG_Brex 001100-19 |
| Fura 2004 (DTX-23) | Fura | Discovering Drugs through Biological Transformation: Role of Pharmacologically Active Metabolites in Drug Discovery | 2004 | 47 J. Med. Chem. 4339-51 (2004) | JDG_Brex 001134-46 |
| Kapur 1996 (DTX-822) | Kapur | Serotonin-Dopamine Interaction and Its Relevance to Schizophrenia | 1996 | 153 Am. J. Psychiatry 466-476 (1996) | JDG_Brex 004862-72 |
| Keltner 2002 (DTX-823) | Keltner | Aripiprazole: A Third Generation of Antipsychotics Begins? | 2002 | Perspectives Psychiatric Care (2002) 38(4) 157-159 | JDG_Brex 004873-76 |
| Kubo 2005 (DTX-26) | Kubo | Influence of itraconazole coadministration and CYP2D6 genotype on the pharmacokinetics of the new antipsychotic ARIPIPRAZOLE | 2005 | 20 Drug Metab Pharmacokinet. 1, 55-64 (Feb. 2005) | JDG_Brex 004613-22 |
| Kuipers 1995 (DTX-27) | Kuipers | N4-Unsubstituted N1-Arylpiperazines as High-Affinity | 1995 | J. Med. Chem., 38, 1942-54 (1995) | JDG_Brex 002176-88 |

| Abbr. | (First) Author | Title | Pub. Date | Source | Bates |
|---|---|---|---|---|---|
| | | 5-HT1A Receptor Ligands | | | |
| Lowe 1991 (DTX-32) | Lowe | 1-Naphthylpiperazine Derivatives as Potential Atypical Antipsychotic Agents | 1991 | 34 J. Medicinal Chemistry 1860 (1991) | JDG_Brex 002311-17 |
| Oshiro 1998 (DTX-34) | Oshiro | Novel Antipsychotic Agents with Dopamine Autoreceptor Agonist Properties: Synthesis and Pharmacology of 7-[4-(4-Phenyl-1-piperazinyl)butoxy]-3,4-dihydro-2(1H)-quinolinone Derivatives | 1998 | J. Med. Chem., 41(5):658-67 (1998) | JDG_Brex 002413-22 |
| Ostroff 1999 (DTX-833) | Ostroff | Risperidone Augmentation of Selective Serotonin Reuptake Inhibitors in Major Depression | 1999 | 60 J. Clin. Psychiatry 256-259 (1999) | JDG_Brex 006942-45 |
| Patani 1996 (DTX-35) | Patani | Bioisosterism: A Rational Approach in Drug Design | 1996 | 96 Chem. Rev. 3147, 3158-59 (1996) | JDG_Brex 002447-76 |
| Shapiro 2003 (DTX-38) | Shapiro | Aripiprazole: A Novel Atypical Antipsychotic | 2003 | Neuropsychopharmacology 28:1400-11 | JDG_Brex 006946-57 |

| Abbr. | (First) Author | Title | Pub. Date | Source | Bates |
|---|---|---|---|---|---|
| | | Drug with a Uniquely Robust Pharmacology | | (2003) | |
| Shelton 2001 (DTX-836) | Shelton | A Novel Augmentation Strategy for Treating Resistant Major Depression | 2001 | 158 Am. J. Psychiatry 131-134 (2001) | JDG_Brex 006958-62 |
| Thornber 1978 (DTX-40) | Thornber | Isosterism and Molecular Modification in Drug Design | 1978 | 7 Chemical Soc'y Revs. 563 (1978) | JDG_Brex 003105-23 |
| Winans 2003 (DTX-86) | Winans | Aripiprazole | 2003 | Am. J. Health-Syst. Pharm., 60, 2437-45 (2003) | JDG_Brex 005368-76 |

6. Plaintiffs do not dispute the authenticity of the following DTX exhibits[3]:

| Abbr. | (First) Author | Title | Pub. Date | Source | Bates |
|---|---|---|---|---|---|
| (DTX-879) | | A Long-Term Study of Aripiprazole in Patients with Major Depressive Disorder | | U.S. Nat'l Lib. of Med. | JDG_Brex 006661-65 |
| (DTX-880) | | A Study of Adjunctive | | U.S. Nat'l Lib. of Med. | JDG_Brex 006675- |

---

[3] The parties do dispute the publication date for these exhibits, and Defendants must prove their alleged publication date at trial. Plaintiffs further do not agree that these DTX exhibits are relevant prior art for an obviousness determination. Aside from Plaintiffs' disagreement about publication date and position that the subject matter of these documents does not make them relevant prior art, Plaintiffs do not intend to otherwise challenge the admissibility of these documents.

| Abbr. | (First) Author | Title | Pub. Date | Source | Bates |
|---|---|---|---|---|---|
| | | Aripiprazole in Patients with Major Depressive Disorder | | | 83 |
| (DTX-881) | | A Study of Adjunctive Aripiprazole in Patients with Major Depressive Disorder | | U.S. Nat'l Lib. of Med. | JDG_Brex 006666-74 |
| (DTX-882) | | A Study of Aripiprazole in Patients with Bipolar I Disorder with a Major Depressive Episode | | U.S. Nat'l Lib. of Med. | JDG_Brex 006684-91 |
| (DTX-883) | | Study of Aripiprazole in Patients with Bipolar I Disorder with a Major Depressive Episode | | U.S. Nat'l Lib. of Med. | JDG_Brex 006974-81 |

7. The parties respectfully request that the Court consolidate the *Otsuka Pharmaceutical Co., Ltd., et al. v. Zenara Pharma Private Ltd., et al.*, C.A. No. 22-1269-LPS case, which involves the same patents and accused products, into the above-captioned action, C.A. No. 19-1938-LPS (consolidated). The parties have submitted herewith a stipulation and proposed order regarding this consolidation.

Given that the parties have agreed to streamline these issues, the parties jointly propose that each side be allocated fifteen (15) hours for trial. The parties are hopeful that a trial of this length can be accommodated within the scheduled October dates.

Respectfully,

*/s/ Steven J. Balick*

Steven J. Balick (#2114)

SJB/nlm

cc: All Counsel of Record (via electronic mail)

{01848088;v1 }