IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD., AND H. LUNDBECK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>ZENARA PHARMA PRIVATE LTD., et al.,<br><br>Defendants. | Civil Action No.: 1:19-cv-01938 (consolidated)<br><br>Civil Action No.: 1:20-cv-01599<br>Civil Action No.: 1:22-cv-01269 |

**STIPULATED CONSENT JUDGMENT AND INJUNCTION**
**(Zenara Pharma Private Ltd. and Biophore India Pharmaceuticals Private Ltd.)**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Otsuka Pharmaceutical Co., Ltd. ("Otsuka") and H. Lundbeck A/S (collectively, "Plaintiffs") and Defendants Zenara Pharma Private Ltd. and Biophore India Pharmaceuticals Private Ltd. (collectively, "Zenara"), through their undersigned counsel of record, that:

1. All claims, counterclaims, affirmative defenses and demands in this action between Plaintiffs and Zenara are hereby dismissed without prejudice.

2. Zenara and anyone acting on the behalf of Zenara, except as expressly licensed by Plaintiffs, will be enjoined until expiration of U.S. Patent No. 8,349,840, U.S. Patent No. 8,618,109, U.S. Patent No. 9,839,637, U.S. Patent No. 10,307,419 and U.S. Reissue Patent No. RE48059 from (i) making, using, offering for sale, selling or importing any brexpiprazole tablet products in the United States; (ii) participating in the profits from making, using, offering for sale, selling or importing any brexpiprazole tablet products in the United States; and (iii) indemnifying others with respect to any making, using, offering for sale, selling or importing any brexpiprazole tablet products in the United States.

{01848141;v1 }

3. Nothing herein prevents the FDA from granting final approval to ANDA No. 213477 at any time.

4. Each party will bear its own attorneys' fees and costs.

5. This Court will retain jurisdiction to enforce this Consent Judgment and Injunction and the parties' related agreements resolving this matter.

| ASHBY & GEDDES | MORRIS JAMES LLP |
|---|---|
| /s/ Steven J. Balick | /s/ Kenneth L. Dorsney |
| Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Plaintiffs Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S* | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Zenara Pharma Private Ltd. and Biophore India Pharmaceuticals Private Ltd.* |

SO ORDERED this 20th day of October, 2022

_____
LEONARD P. STARK
UNITED STATES CIRCUIT JUDGE, sitting by designation

{01848141;v1}

2