# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD. and H. LUNDBECK A/S<br><br>Plaintiffs,<br><br>v.<br><br>ZENARA PHARMA PRIVATE LTD., et. al.,<br><br>Defendants. | Civil Action No. 1:19-cv-1938-LPS (consolidated)<br><br>Civil Action No.: 1:19-cv-02006 |

## STIPULATED CONSENT JUDGMENT AND ORDER
(Apotex Inc. and Apotex Corp.)

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Otsuka Pharmaceutical Co., Ltd. ("Otsuka") and H. Lundbeck A/S and Defendants Apotex Inc. and Apotex Corp. ("Apotex"), through their undersigned counsel of record, that:

1. Otsuka's U.S. Patent No. 10,307,419 ("the '419 patent") is valid and enforceable.

2. The '419 patent would be infringed by any unlicensed manufacture, use, offer for sale, sale or importation in the United States of the generic products that are the subject of Apotex's Abbreviated New Drug Application ("ANDA") No. 213731 and any amendments and/or supplements thereto.

3. Apotex and anyone acting on the behalf of Apotex, except as expressly licensed by Plaintiffs, will be enjoined until expiration of the '419 patent from (i) making, using, offering for sale, selling or importing any brexpiprazole tablet products in the United States; (ii) participating in the profits from making, using, offering for sale, selling or importing any brexpiprazole tablet

products in the United States; and (iii) indemnifying others with respect to any making, using, offering for sale, selling or importing any brexpiprazole tablet products in the United States.

4. Each party will bear its own attorneys' fees and costs.

5. This Court will retain jurisdiction to enforce this Consent Judgment and Order and the parties' related agreements resolving this matter.

Date: October 24, 2022                                  Respectfully submitted,

ASHBY & GEDDES                                          COZEN O'CONNOR

/s/ Steven J. Balick                                    /s/ Kaan Ekiner

Steven J. Balick (#2114)                                Thomas J. Francella, Jr. (#3835)
Andrew C. Mayo (#5207)                                  Kaan Ekiner (#5607)
500 Delaware Avenue, 8th Floor                          1201 N. Market Street, Suite 1001
P.O. Box 1150                                           Wilmington, DE 19801
Wilmington, Delaware 19899                              (302) 295-2000
(302) 654-1888                                          tfrancella@cozen.com
sbalick@ashbygeddes.com                                 kekiner@cozen.com
amayo@ashbygeddes.com

*Attorneys for Defendants Apotex Inc., and Apotex Corp.*

*Attorneys for Plaintiffs Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S*

SO ORDERED this 26th day of October, 2022

_____
LEONARD P. STARK
UNITED STATES CIRCUIT JUDGE, sitting by designation